## Goldie Buehler, Appellee, v. Albert C. Buehler, Appellant.

### Gen. No. 42,653.

Heard in the second division, first district, this court at the April term, 1943; opinion filed February 10, 1944. Petit, Olin & Overmyer, for appellant; Adelor J. Petit, Jr., of counsel; Jacob G. Grossberg and Harry May, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.